IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIE ORTEGA,                          :
                                       :
        Plaintiff,                     :
                                       :   CIVIL ACTION FILE
v.                                     :
                                       :   NO. 1:09-CV-2520-CAM-WEJ
FINANCIAL ASSET MANAGEMENT             :
SYSTEMS, INC., a Georgia corporation,  :
                                       :
        Defendant.                     :
_____:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, and before the service of an answer or a motion for summary

judgment, and stipulates that this action shall be dismissed with prejudice to all

claims.

Respectfully submitted,

/s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
Kris Skaar
Georgia Bar No. 649610

- 1 -

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax